Matt Valenti, Esq. (State Bar No. 253978)
E-mail: mattvalenti@valentilawapc.com
VALENTI LAW APC
10174 Austin Drive #1116
Spring Valley, CA 91979
Phone: (619) 540-2189

Attorney for Plaintiff Raul Uriarte-Limon

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON,<br><br>          Plaintiff,<br><br>   vs.<br><br>SCOS, LP; and DOES 1-10,<br><br><br>          Defendants. | Case No.: 3:25-cv-02779-TWR-VET<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. RULE CIV. PROC. 41 (a)(1)(A)(i) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiff Raul Uriarte-Limon voluntarily dismisses this action <u>without</u> prejudice as to all Defendants; each party to bear his/her/its own attorneys' fees and costs. The case has been settled.

Respectfully submitted,

DATED:  January 8, 2026                    VALENTI LAW APC


                                    By:  */s/ Matt Valenti*
                                         _____
                                         Matt Valenti, Esq.
                                         Attorney for Plaintiff
                                         Raul Uriarte-Limon